AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Miguel DIAZ GONZALEZ | ) | Case No. 6:22-mj-1908 |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January through September 2022 in the county of Orange in the Middle District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Production of child pornography. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Rod Hyre, Special Agent, FBI
_Printed name and title_

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 09/07/2022

City and state: Orlando, Florida

EMBRY J. KIDD, U.S. Magistrate Judge
_Printed name and title_

STATE OF FLORIDA                                         CASE NO. 6:22-mj-1908

COUNTY OF ORANGE

## AFFIDAVIT

I, Rod Hyre, after being duly sworn, depose and state:

1.     I am a Special Agent with the FBI and have been since January 2002. I have been employed as a Special Agent with the Federal Bureau of Investigation (FBI) for the past 20 years. I am currently assigned to the Tampa Division Orlando Resident Agency of the FBI. I have been investigating crimes against children since 2009. I have received specialized training in the investigations of sex crimes, child exploitation, child pornography, and computer crimes. I have been involved in investigations involving child pornography and online solicitation/enticement of a minor. I have participated in investigations of persons suspected of violating federal child pornography laws, including 18 U.S.C. §§ 2251(a) and (e), 2252, and 2252A. I have also participated in various training courses for the investigation and enforcement of federal child pornography laws in which computers and cellular phones are used as the means for receiving, transmitting, and storing child pornography. Additionally, I have participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

2.     This affidavit is submitted in support of a criminal complaint against MIGUEL DIAZ GONZALEZ for a violation of 18 U.S.C. § 2251(a). As set forth in more detail below, I believe there is probable cause that GONZALEZ used,

persuaded, induced, enticed, or coerced a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or such visual depiction had actually been transported or transmitted using any means or facility of interstate or foreign commerce, or in and affecting interstate or foreign commerce.

3. I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law enforcement officers, information from agency reports, and review of documents provided to me by these witnesses and law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

## STATUTORY AUTHORITY

4. It is a violation of 18 U.S.C. § 2251(a) to employ, use, persuade, induce, entice, or coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing or having reason to know that such visual depiction will be transported or transmitted using a means and facility of interstate commerce, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate and foreign commerce, or in or affecting interstate or foreign commerce.

2

## INVESTIGATION

5. On July 27, 2022, an FBI Task Force Officer (TFO) received tip #126493123 from the National Center for Missing and Exploited Children (NCMEC), concerning the probable production of child pornography. According to the NCMEC tip, a video consisting of Child Sexual Abuse Material (CSAM) was uploaded to a Dropbox account associated with username "Satans child." The email address associated with the Dropbox account is "XXXSatanschildXXX666@gmail.com." The user ID associated with the Dropbox account is 1254856913.

6. Your affiant has viewed the CSAM video that was uploaded to the "Satans child" Dropbox account. The video is approximately 4 minutes and 42 seconds long. It depicts an adult male inserting his penis into the vagina of what appears to be an approximately seven-year-old female.

7. The video is not associated with any hash value that is known to NCMEC—meaning that it is not associated with any child pornography file that NCMEC has previously identified.

8. Information that the FBI obtained from Dropbox shows that the "Satans child" Dropbox account was registered with IP address 72.188.105.63, which resolves to the Orlando, Florida area. The "Satans child" Dropbox account was opened on May 24, 2022. Approximately nine days later, on June 2, 2022, Dropbox reported that CSAM material had been uploaded to the account.

9. On July 28, 2022, an exigent subpoena was served on Charter Communications concerning subscriber information for IP address 72.188.105.63 for the date of May 24, 2022. On July 28, 2022, Charter Communications responded with information showing that the IP address resolves to:

    Name:    Person-1

    Address:    XXXX Benson Park Blvd., Orlando, Florida 32829 (the "Premises")

    Phone:    XXX-XXX-5715

10. As of July 2022, the Driver and Vehicle Identification Database (DAVID) showed that the Premises was listed as the residence of the following people:

- Person-1, date of birth xx/xx/1979, female
- J.N., date of birth xx/xx/1982, female
- MIGUEL ALEJANDRO DIAZ GONZALEZ, date of birth xx/xx/1982, male
- O.B., date of birth xx/xx/1966, male
- N.B., date of birth xx/xx/1977, female[1]

11. On or about July 28, 2022, a search warrant was executed at the Premises. Person-1, GONZALEZ, and the Child Victim were present at the

---

[1] The driver licenses of O.B. and N.B. have been expired since at least 2011. During execution of a search warrant at the Premises on or about July 28, 2022, I confirmed that O.B. and N.B. do not reside at the Premises; their names are likely still on file as associated with the Premises only because they have not updated their information.

4

Premises. At the time of the execution of the search warrant at the Premises on July 28, 2022, the Child Victim was in the care of GONZALEZ on a daily basis.

12. Person-1 was interviewed by law enforcement during execution of the search warrant at the Premises. Initially during the interview, Person-1 denied knowing who used the "Satans child" Dropbox account. Later, however, after the Child Victim told law enforcement that GONZALEZ used that account, Person-1 confessed that she had previously been untruthful, and admitted that she knew that GONZALEZ's username was "Satans child."

13. During execution of a search warrant at the Premises, law enforcement seized and subsequently searched a cell phone known to belong to GONZALEZ. Law enforcement identified the cell phone as GONZALEZ's because the phone contains numerous selfies of GONZALEZ, as well as pictures of his penis (as discussed below).

14. On September 2, 2022, Dropbox provided the content of the "Satans child" Dropbox account to your affiant in response to a search warrant order. Examination of this return showed numerous videos of child pornography in the Dropbox inbox. Three of these videos are listed here:

   a. Screen_Recording_20220528-224108_Tor Browser: This is a 32-second video of an approximately ten-year-old naked female shown masturbating with a hairbrush. (Note the title indicates this video was downloaded from the Tor Browser on May 28, 2022).

b. Screen_Recording_20220525_170240_571_Tor Browser: This is a 65-second video showing an approximately eight-year-old female who is naked and being digitally penetrated by an adult male. (Note the title indicates this video was downloaded from the Tor Browser on May 25, 2022).

c. Screen_Recording_20220530-110417_Tor Browser: This is a 40-second video showing an approximately ten-year-old female masturbating using a phallic device. (Note the title indicates this video was downloaded from the Tor Browser on May 30, 2022).

15. The metadata provided for the Dropbox search warrant return shows that this Dropbox account was created on May 24, 2022, from the IP address 72.188.105.63, which as referenced above is the IP address that resolves to the Premises, where GONZALEZ was residing at the time. During a September 7, 2022 interview with your affiant, Person-1 confirmed that GONZALEZ had resided at the Premises on a continual basis at least in May, June, and July 2022—until the FBI conducted the search warrant at the Premises. Thereafter, according to Person-1, GONZALEZ did not return to the residence.

16. The title of another folder in the "Satans child" Dropbox account was the first name of the Child Victim, spelled backwards. In this folder there was only one video. The video, "20220519_073614," is 40 seconds long and shows an adult male anally raping a prepubescent female.

17. On September 7, 2022, during an interview with the FBI, Person-1—who is intimately familiar with the Child Victim—positively identified the Child

6

Victim as the child in the video. Person-1 also confirmed that the Child Victim is currently eight years old. The date of the creation of the video is believed to be in 2022, because the Child Victim (as depicted in the video) appears to be similar in age and stature now.

18. The adult male's right arm is visible in the video. The video shows that the male has tattoos that run down to his wrist. These tattoos are consistent with your affiant's observation of GONZALEZ's tattoos when he was interviewed during the execution of the search warrant at the Premises on July 28, 2022.

19. The video also shows that that the adult male has a tattoo on his left calf above his ankle. That tattoo is the same shape, size, and color of the tattoo seen on GONZALEZ's ankle in an image of GONZALEZ that was found in his cell phone's gallery.

20. In addition, a comparison of the penis of the adult male in the video with the penis in masturbation videos found on GONZALEZ's phone reveals that they appear to be the same. Moreover, Person-1—who was intimately familiar with GONZALEZ—was shown an image of the penis from the video and identified it as belonging to GONZALEZ.

21. In addition, the Child Victim was lying on a blue-and-white striped beach towel in the video. As stated earlier, on September 7, 2022, your affiant went to the Premises to speak with Person-1 about the video. At that time, Person-1 retrieved and showed your affiant an identical blue-and-white towel from within the Premises. Moreover, while at the Premises, your affiant confirmed that a unique

7

piece of gold furniture seen in the background of the video is in the master bedroom in GONZALEZ's residence (at the Premises). This residence is in Orange County, Florida.

## CONCLUSION

22. I believe there is probable cause that GONZALEZ used, persuaded, induced, enticed, or coerced a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing or having reason to know that such visual depiction would be transported or transmitted using a means and facility of interstate commerce, or such visual depiction has actually been transported or transmitted using any means or facility of interstate and foreign commerce, or in or affecting interstate or foreign commerce.

Rod Hyre, Special Agent
Federal Bureau of Investigation

Affidavit submitted by email and attested to
me as true and accurate by telephone
consistent with Fed. R. Crim. P. 4.1 and 4(d)
before me, this 7 day of September 2022.

EMBRY J. KIDD
United States Magistrate Judge