UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,   Case No. 6:22-cr-157-CEM-RMN

Plaintiff,        ☐
Government        ☒          ☐ Evidentiary
                              ☐ Trial
                              ☒ Other – Sentencing Hearing

v.

MIGUEL ALEJANDRO DIAZ GONZALEZ

Defendant        ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | Transcript of Agent Interview of Tasha Wininger on 07-28-22 |
| 2 | | | | Transcript of Agent Interview of CV-1 on 07-28-22 |
| 3 | | | | Transcript of Forensic Interview 1 of CV-1 on 07-28-22 |
| 4 | | | | Transcript of Forensic Interview 2 of CV-1 on 09-08-22 |
| 4(a) | | | | FBI 302 - Follow up from Forensic Interview 2 of CV-1 on 09-08-22 |
| 5 | | | | FBI 302 - Forensic Interview 3 of CV-1 on 10-27-22 |
| 5(a) | 2-1-2024 | 2-1-2024 | Agent Hyre | DVD containing Forensic Interview 3 of CV-1 on 10-27-22 Sealed |
| 6 | | | | FBI 302 - Forensic Interview of CV-2 on 10-21-22 |

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 6(a)-6(e) | | | | Transcripts of Forensic Interview of CV-2 on 10-21-22 |
| 7 | | | | FBI 302 - Forensic Interview of CV-3 on 10-03-22 |
| 7(a) | | | | Transcript of Forensic Interview of CV-3 on 10-03-22 |
| 8 | | | | Grand jury testimony of SA Rod Hyre on 09-21-22 |
| 9 | | | | FBI 302 - Forensic Interview of AG on 03-07-23 |
| 10 | | | | FBI 302 - Forensic Interview of JG on 03-07-23 |
| 11 | | | | FBI-302 Tasha Wininger Interview on 04-06-23 |
| 12 | 2-1-2024 | 2-1-2024 | Agent Hyre | Defendant Letter to Tasha Wininger 04-12-23 |
| 13 | 2-1-2024 | 2-1-2024 | Agent Hyre | Defendant Letter to Tasha Wininger 04-14-23 |
| 14 | | | | Transcript of Change of Plea Hearing on 05-18-23 |
| 15 | | | | FBI 302 Rod Hyre Arrest of Defendant on 9-8-22 |
| 16 | | | | FBI 302 Jennifer Wing Interview if MH and DC on 9-8-22 |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |