6:22-cr-157-CEM-RMN

USA v. MIGUEL ALEJANDRO DIAZ GONZALEZ

GOVERNMENT EXHIBIT 5A

UNDER SEAL

1 CD NOT SCANNED