① 

Good afternoon.                              4/12/23

May everyone be GREAT! - This is the last letter of this kind that I will be writting period. I don't like to step out of character, but thank you for making me see things a little clearer, with that being said; WTF is up with you? You've been ignoring my messages and calls AGAIN? Do it one more time please. You're on strike #2 girl, you don't even know. You're worring about the wrong mother fucker's (the agents), people that just give you empty threats with no basis or legal (REAL) grounds. Get your mother fucking head out of your ASS. The only one that can turn your world upside down here is ME! So you better start using that little brain of yours and get your act together or I-WILL-FOR-YOU, period. If that's the case that you can't get your head out of your ASS please let me know, please so we can move on to phase yours truly, so I can get a few little years off my fucking sentence. Please! You're playing with fire. I fucking HATE repeating my self, I fucking hate procastinating. You say you love me??? Fucking show me. Right now I don't feel loved, your actions or lack of them SUCK, they are practically non-existent. I'm about had it, I've been WAY too fucking laid back, nice, and understanding and my heart will only take this last letter before going on preservation mode, the last ice age will have nothing on it, and you will only realize what hit you

(1)

once the world as you know it becomes JUST like mine's as I know it at the present. I WILL NOT be loyal to someone that is not loyal too me. Fuck outta here! I don't even ask for much, Shit I shouldn't have to be asking for ANYTHING period, it should already be automatic. WTF!!! Shit is repetitive, call you fucking twice a week money twice a month, letters when you can. I haven't even received a letter from you in TWO FUCKING MONTHS TWO FUCKING MONTHS Feb 14th ← LMFAO. shit you be saying to me and the beautiful things you be sending me don't even match your actions. It seems like you're just slipping from me. I understand you're busy, but it seems like you're TOO busy for me. I also understand about your stress and worries, they are mine's as well, we are one, if that's even what we still are. You know I do love you, but I will NOT accept this shit anymore. So, here is what we're going to do. That you should have Been fucking done. If they don't get done by the deadline as I ask, I will move forward and take it as a sign that you don't give a fuck and I will also stop giving a fuck and move to getting a lesser sentence. period.

→

③

have food until I get out again, but that's not happening now OF COURSE. So since this is shit we do, that should already be done without me even asking as I had mentioned SMFH, this is what we going to do, every-two-weeks, add funds to my account on Saturdays or Sundays just in case I end up here in the box again I don't have to worry about going to sleep hungry like I will be now. I should be good with $50-60 each time. BTW - If you'd be on your job and fucking listening to me, I would be more than good here sending YOU money to help you out. I would be living like the King I am, and feeling good about helping you with the bills. The stuff I asked you to check out for me and all, those 2 pages with the sprays would be worth about $1,000 in here. Fucking listen to me Babe! WTF! You're breaking my heart. I know someone that made $75,000. in 9 months. I'm not too worried about that, but it would be nice to be able to help you, even from in here. I love you and I want us to be and do better. You're breaking my heart every time I have to repeat myself, every time I call and I'm ignored, when I don't know from you, you kill me a little more. You don't have to reply to this letter, I've given up expecting your replys. ⟶

#1 - Create Google hangouts account and link to your phone so that you can receive calls to the hangouts #, you can probably use the same account that you had me create for your whatsapp when that guy that used to fuck you was trying to talk to you on your old one. #2- Make sure it works when another # calls the hangouts #. #3- Create Global tel fictitious account, and link the # to it. You can use a prepaid debit card or even your mom's card to put a few dollars on it, so I can call it. Understand??? Nothing hard about it. Very simple, like I said, I fucking love you, and I don't want to loose you. Communication is the key to every relationship. Ours is almost non-existent. This is what they want and they are winning, but God as my witness if I can help it, they will not break us. As you probably already know from all the messages I've been trying to send you and all these times that I've been trying to call out of schedule that I'm in the box again, not my fault this time, but it comes with the territory. One I was calling to let you know - two because I don't even have stamped envelopes/no property whatsoever. All these calls and this letter I had to pay with the food they feed me which wouldn't even fill up lil' you. So I needed a few bucks before I get sentenced to my box time so I can ⟹

(5)

We can just talk on the phone without restraints once you create that other number. Nothing we speak about can be linked back to us litterally. Why? because I would be using someone else's inmate identification for example John Smith and you the other number, so it'll look like just another call in the prison system John Smith to whomever. this way we'll cover any loop holes or what not. We would actually be able to <u>REALLY TALK</u> with no worries at all. We need that babe. So you already know. When you get the hangouts number text it to this # 407-925-4871 tell the person the # is for Omega to call ASAP when getting out of the box, and if you ever see the number calling pick it up most likely it will be me or a message from me. And if anyone inquires ever about my case, reffer them back to me. We'll talk better when we can. I'm not sure how long I'm going to be in the box for, but this stuff should litterally take you only about a day.

<u>Sincerely Yours</u>

P.S.

give the number to my mom as well
give it to her backwards using the Alphabet. for example mines was 5791-009-704 so it'll be EGIA-OOI-GOD. Keep the zeros as O's if any. I miss you & love you