① 

Tasha,                                         4/14/23

May you and everyone be in good health. I don't even know how to begin this letter. My emotions and feelings are all over the place. If only you knew how much I truly love you & how much it hurts me when I try to reach out to you & you disregard me. I attempted calling you this morning before you even went to work, even using a 3-way & all my calls were just forwarded to V.M. That shit truly breaks my heart. Even as I write this letter I have tears in my eyes for I know we are coming near a point where I never wish to come to Tasha, I know you're going through alot of pressure out there, specially now that these people are trying to secure a conviction against me using you. I know that the situation isn't easy and you're afraid because of their threats, but that's all they are. As I explained on my last letter, the only one that can actually hurt you is me babygirl. truly yours will definitely make sure of that, here in the state of FL it carries a LONG time. Do you think I wanna do that? Hell Nah! You're my world, my everything, all I have left, and I already feel as if I lost it, so what would I have to loose in cooperating??? Nothing, on the contrary. My loyalty is to you as I have said time & time again, if not; Shit, I would have been screwed you over to save myself some, and that's a fact. Think of what I'm saying, what →

they are threatening you with is NOTHING compared to what the contents of yours truly can do. Its like os we're going to give you 100 lashes, and that's the worst we can do, versus me that can behead you. It makes no sense. You're trying to preserve something that I can destroy all together for good. I'm GOD & you're making deals with the devil. WTF Tasha!!!!! The funny thing is that-you know this. Even if they lie to you and say "oh don't worry tell us everything, even what you've done Mrs. Wininger, we'll make sure you're good". lol. All lies. Go ahead and tell them about yours truly, if it comes out put it back in for mommy, movie nights, and ALL else including going shopping and see what happens. Damn girl! open your eyes. I know you're scared, but be smart. Look, like I've said our connection is something that I've never had, the things we've done, things I've never done with anyone, Family life is/was everything I ever wanted & you gave it. I don't ever want to loose you. Not more than what I've already have. Look, I know the garerment is trying to keep us apart & break us, if we let them is because you wanted to let them. They are going to make threats, try to have you sign orders, etc. if you do, you're a fool, and will sign your own death certificate. They are telling you you're not protecting your children, lies, why? because

③

since this began, I haven't been in contact with the ~~mentioned~~ mentioned. What you and I do as adults is you & I, no one else has anything to do with anything. You are not the criminal here and have done nothing wrong, therefore you cannot be penalized for anything. I've asked 2 different lawyers already, they both said the same. Come on girl, you're smarter than this. You know I hate talking down on you, but if this is what you like & how you understand better, let me know. Another thing is this I spoke to an officer about how they keep track of the phone conversations in here, and I might of been wrong, even using another inmates identification # they can be tracked. Is YOUR # that's flagged along with my inmate identification #. So ~~if you do this~~ / when you do what I told you to do ? get a hangouts # & make a fictious account that # wouldn't be flagged as long as I don't call it using my own inmate identification #. Makes sense, right? or 3 ways using someone else's I.D.# is safe. As far as money & icares go, you wouldn't be able to do so, for they might be keeping trace of that as well so, we'll have to go through a 3rd party as well. And we are doing ALL of this so that you may feel more at ease and no one bothers you about being in contact with me. I'm not sure when I'm getting out of the box, but I expect you to have things ready by then, if not, then I already know what →

(4)

time it is and what must be done. Also learn how to do 3ways using hangouts so you can make some to my Mom, etc. this way I don't have to speak on using my I.D. # At ALL. I'm serious Tasha. If I loose you I'm going to LOOSE you. I don't want that, unless that's something you want. I love you Tasha, I love you more than life it's self babygirl. I know you're going through a very hard time out there, we all are. there's things that I don't even mention, I wake up from my sleep crying at times. I've already lost so much to lose you as well. When I said forever I meant it. I don't know if you did, but I for sure did. We really, really need to talk. We need to be smart and strong, if you want this to work you will do anything in your power to make it work. If not then just keep doing what you're doing or not doing is just that simple. I know my last letter was a little harsh, but I needed to vent and let you know about yourself. Step your game up. You are going to loose true love, no one will ever love you the way I love you, No one, eh, maybe a cellmate named Bertha or something, lol. I know, not funny, right? Work your fucking magic. It hasn't even been one year and I already feel this way. I'm having De Ja' vu.      Miss you & love you Always
          → your husband ?????